SALVATORE LO VERDE, by His Guardian ad Litem, MARIA LO VERDE, Appellant, v. J. C. BUILDING CORPORATION and HARRY ORLINSKY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of MARY SHELLEY, Deceased.— Decree affirmed, with costs payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOE LEVINE, as Administrator, etc., of BENJAMIN LEVINE, Deceased, Respondent, v. ELM TRANSFER Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARGARET GRIMALDI and ANIELLO GRIMALDI, Respondents, v. UNION RAILWAY COMPANY OF NEW YORK CITY and KNIGHT OIL CORPORATION, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Utermyer, JJ.

HARRY CARMAN, Administrator, etc., of LILLIAN M. CARMAN, Deceased, Respondent, Impleaded with HARRY CARMAN and EDWARD SMITH, Appellants, v. JAMES A. HEARN & SON, INC., Appellant, Respondent, Impleaded with Another.— Judgment affirmed, with costs to the plaintiff, respondent, against the defendant, appellant, and with costs to the defendant James A. Hearn & Son, Inc., against the plaintiffs Harry Carman and Edward Smith. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARTHUR E. MONTGOMERY, Respondent, v. DAILY MIRROR, INC., Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,177.61; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANTONIO BOTTA and FRANCESCA BOTTA, Appellants, v. LISABETTA CAPRIELLO, Landlord, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

CARMELA GIORDANO, Respondent, v. PALACE TRANSPORTATION Co., INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DEVOE & RAYNOLDS COMPANY, INC., Appellant, v. LEWIS FEDER, Defendant, Impleaded with MORRIS FEDER, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD W. STEAKIN, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.